# PACIFIC COAST STEAMSHIP COMPANY *v.* UNITED STATES.

## SAME *v.* SAME.

## SAME *v.* SAME.

APPEALS FROM THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF ALASKA.

Nos. 29, 30, 31. Argued December 8, 1902.—Decided January 5, 1903.

Affirmed on authority of *Pacific Steam Whaling Co.* v. *United States,* decided simultaneously herewith, p. 447, *ante.*

THESE cases were argued by the same counsel as in No. 26, p. 450, *ante.*

MR. JUSTICE BREWER delivered the opinion of the court.

These three cases are substantially similar to the one just decided, and for the reasons stated in the opinion therein the orders of the District Court in each are

*Affirmed.*

The CHIEF JUSTICE took no part in the decision of these cases.